UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RYAN VANTELL HARRIS (#391818)

VERSUS

DR. GAMBLE, ET AL

CIVIL ACTION

NO. 11-727-SDD-RLB

## RULING

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated October 17, 2013, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Defendant's *Motion for Summary Judgment*[1] shall be granted, dismissing the Plaintiff's claims asserted against the Defendant, with prejudice. Further, Defendant's *Motion to Dismiss*[2], is denied as moot.

Baton Rouge, Louisiana, November  /2  , 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Record Document 40
[2] Record Document 28